# In the United States Court of Federal Claims

No. 21-1830
(Filed: 20 September 2022)

```
*************************************
LCG 1 CHAPEL AVE, LLC, et al.,      *
                                    *
               Plaintiffs,          *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
               Defendant.           *
                                    *
*************************************
```

**ORDER**

LCG 1 Chapel Ave., LLC and Lance Lucarelli ("plaintiffs") filed a complaint on 9 September 2021, ECF No. 1. The government moved to dismiss in part pursuant to Rules 12(b)(1) and (6) of the Rules of the United States Court of Federal Claims ("RCFC"). *See* Mot. to Dismiss, ECF No. 12. At the conclusion of the parties' briefing, the Court held a status conference where the parties agreed to meet and confer on various issues, including contract validity and the dismissal of claims. *See* Status Conference Order, ECF No. 19; Order, ECF No. 20. The parties filed a Joint Status Report on 22 June 2022 containing stipulations on contract validity and dismissal of certain claims, including "claims made by plaintiff Lance Lucarelli in his individual capacity." Joint Status Report at 1–2, ECF No. 21. The Court denied the motion to dismiss as moot, ordered LCG 1 Chapel Ave., LLC to file an amended complaint in accordance with the stipulations, and ordered the government to respond to the amended complaint. *See* Order, ECF No. 22. On 1 July 2022, plaintiff LCG 1 Chapel Ave., LLC filed an amended complaint. *See* Amended Compl., ECF No. 23. The caption of the amended complaint dropped Mr. Lucarelli as a party in accordance with the parties' stipulations, and the parties confirm Mr. Lucarelli is no longer a party. *See* JSR at 2, ECF No. 21; Amended Compl., ECF No. 23. The government responded to the amended complaint on 22 July 2022. *See* Answer, ECF No. 25.

On 9 September 2022, the parties filed a Joint Preliminary Status Report ("JPSR") with the Court pursuant to Section III of Appendix A of RCFC proposing a schedule for further proceedings. *See* JPSR, ECF No. 26.

Accordingly, the Court **DISMISSES** without prejudice Lance Lucarelli and **DIRECTS** the Clerk of Court to change the short title of the case to *LCG 1 Chapel Ave., LLC. v. USA*. Further, as proposed by the parties, the Court **ADOPTS** the following schedule:

| Event | Deadline |
|---|---|

| | |
|---|---|
| RCFC 26(a)(1) Initial Disclosures | Thursday, 29 September 2022 |
| Close of fact discovery, including exchange of documents and depositions | Friday, 29 September 2023 |
| Disclosure of experts and expert reports, if any | Monday, 13 November 2023 |
| Disclosure of rebuttal experts and rebuttal expert reports, if any | Wednesday, 13 December 2023 |
| Close of expert discovery | Friday, 12 January 2024 |

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge