**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LCG 1 CHAPEL AVE LLC,<br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES,<br>Defendant. | Case No. 21-1830-C<br><br>Judge Molly R. Silfen |

**IT IS HEREBY STIPULATED AND AGREED** between the parties identified below, through their respective undersigned counsel, that any and all claims asserted by Plaintiff LCG 1 Chapel Ave LLC against Defendant the United States are hereby **DISMISSED WITH PREJUDICE** and **WITHOUT COSTS** against any party.

**RIKER DANZIG LLP**
*Attorneys for Plaintiff,*
LCG 1 Chapel Ave, LLC

By: */s/Nicholas Racioppi, Jr.*
Nicholas Racioppi, Jr., Esq.
Riker Danzig LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07960
Telephone No.: (973)538-0800

Dated: July 22, 2024

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

s/ L. Misha Preheim
L. MISHA PREHEIM
Assistant Director

s/ Rebecca S. Kruser
REBECCA S. KRUSER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 353-0516
Fax: (202) 514-8624

Dated: July 23, 2024

Attorneys for Defendant

4869-5986-7858, v. 1